UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES MOORE,

    Plaintiff,

Case No. 18-cv-13845
Hon. Matthew F. Leitman

v.

CORIZON HEALTH INC. *et al.*,

    Defendants.

_____/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 42) AND (2) GRANTING DEFENDANT JANET CAMPBELL'S MOTION FOR SUMMARY JUDGMENT (ECF No. 30)**

Plaintiff Charles Moore is a state inmate in the custody of the Michigan Department of Corrections. In this *pro se* civil-rights action, Moore alleges that the Defendants were deliberately indifferent to his serious medical needs. (*See* Am. Compl., ECF No. 16.)

On October 10, 2019, Defendant Janet Campbell, a Health Unit Manager at the Gus Harrison Correctional Facility, filed a motion for summary judgment. (*See* Mot., ECF No. 30.) On July 31, 2020, the assigned Magistrate Judge issued a Report and Recommendation in which he recommended that the Court grant Campbell's motion and dismiss the claims against her with prejudice (the "R&R"). (*See* R&R, ECF No. 42.) At the conclusion of the R&R, the Magistrate Judge informed the

1

parties that if they wanted to seek review of his recommendation, they needed to file specific objections with the Court within fourteen days. (*See id.*, PageID.302.)

Moore has not filed any objections to the R&R. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Moore has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Campbell's summary judgment motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Campbell's Motion for Summary Judgment (ECF No. 30) is **GRANTED** and (2) Moore's claims against Campbell are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

                                                s/Matthew F. Leitman
                                                MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: December 8, 2020

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 8, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764