UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES MOORE,

 Plaintiff,           Case No. 18-cv-13845
                  Hon. Matthew F. Leitman

v.

CORIZON HEALTH INC. *et al.*,

 Defendants.
_____/

**ORDER (1) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 79) AND (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 66)**

 Plaintiff Charles Moore is a state inmate in the custody of the Michigan Department of Corrections. In this *pro se* civil-rights action, Moore alleges that the Defendants were deliberately indifferent to his serious medical needs. (*See* Am. Compl., ECF No. 16.)

 On September 22, 2021, Defendants Lori Kopka, Cheryl Butts, Gregory Boyd, and Valerie Love filed a motion for summary judgment. (*See* Mot., ECF No. 66.) On March 25, 2022, the assigned Magistrate Judge issued a Report and Recommendation in which she recommended that the Court grant Defendants' motion and dismiss the claims against them with prejudice (the "R&R"). (*See* R&R, ECF No. 42.) At the conclusion of the R&R, the Magistrate Judge informed the parties that if they wanted to seek review of her recommendation, they needed to file

1

specific objections with the Court within fourteen days (*i.e.*, by no later than April 8, 2022.) (*See id.*, PageID.302.)

Moore has not filed any objections to the R&R. Nor has he contacted the Court to ask for additional time to file objections. The failure to object to an R&R releases the Court from its duty to independently review the matter. *See Thomas v. Arn,* 474 U.S. 140, 149 (1985). In addition, the failure to file objections to an R&R waives any further right to appeal. *See Howard v. Sec'y of Health and Human Servs.,* 932 F.2d 505 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987).

Accordingly, because Moore has failed to file any objections to the R&R, **IT IS HEREBY ORDERED** that the Magistrate Judge's recommendation to grant Defendants' summary judgment motion is **ADOPTED**.

**IT IS FURTHER ORDERED** that (1) Defendants' Motion for Summary Judgment (ECF No. 66) is **GRANTED** and (2) Moore's claims against Defendants Kopka, Butts, Boyd, and Love are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 12, 2022

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 12, 2022, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126