UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES MOORE,

    Plaintiff,

v.

Case No. 18-cv-13845
Hon. Matthew F. Leitman

CORIZON HEALTH INC. *et al.*,

    Defendants.

_____/

## JUDGMENT

In accordance with the Orders entered on this day, on December 12, 2020, and on May 12, 2022,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By:  s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: September 13, 2023
Detroit, Michigan